ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 1 0 2003

LUTHER ..., Clerk
By: J. Pinckney, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: CIGARETTE PRICE-FIXING LITIGATION and related cases | : |
| Holiday Wholesale Grocery Co., et al., | : MDL Docket No.: 1342 |
| Plaintiffs, | : Civil Action No.: 1:00-CV-0447-JOF |
| v. | : |
| Philip Morris Inc., et al., | : |
| Defendants. | : |

## CERTIFICATION OF DESTRUCTION

Pursuant to the "Confidentiality Order" entered in this case on November 20, 2000, I hereby certify that Chitwood & Harley ("C&H") has conducted a search of all of its electronic and paper files in this case and that, on information and belief formed after a diligent investigation, on or before this date,

(a) C&H irretrievably deleted from its computer storage systems all images of documents that Defendants and/or third parties produced in this case and designated as "Confidential" or "Highly Confidential"

1

278

and databases and information derived therefrom, and

(b)  C&H also destroyed all copies of all paper documents that were produced and designated by Defendants and/or third parties as "Confidential" or "Highly Confidential", by having the paper documents professionally shredded.

A certificate of destruction for the paper documents is attached hereto. This 10th day of November, 2003.

                                  _____
                                  Martin D. Chitwood
                                  GA Bar No. 124950
                                  Craig G. Harley
                                  Bar No. 326813
                                  CHITWOOD & HARLEY, LLP
                                  2300 Promenade II
                                  1230 Peachtree Street, N.E.
                                  Atlanta, GA 30309-3575
                                  Telephone:  404-873-3900
                                  Facsimile:   404-876-4476

# CERTIFICATE OF DESTRUCTION

*On the date below Doc-Shred, LLC destroyed the following documents for:*

**Customer**

Chitwood & Harley

**Description and Quantity**

19 bins of records

**Doc-Shred** ON-SITE DOCUMENT DESTRUCTION

209 Magnolia Grove
Alpharetta, GA 30022
(770) 569-7426
Fax: 569-7427

Signature: [signed]    Date: 11/5/03

## CERTIFICATE OF SERVICE

This is to certify that I have this 10th day of November, 2003, served a true and correct copy of Plaintiffs' Certification of Destruction on the following counsel via U.S. Mail, Postage Prepaid:

Matthew J. Calvert
**Hunton & Williams**
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216

Thomas F. Cullen, Jr.
William V. O'Reilly
Edwin L. Fountain
**Jones Day Reavis & Pogue**
51 Louisiana Avenue, NW
Washington, D.C. 00001

Stephen R. Patton
Andrew R. McGaan
**Kirkland & Ellis**
200 East Randolph Drive
Chicago, IL 60601

Edward B. Krugman
Emmet J. Bondurant
Timothy S. Rigsbee
**Bondurant Mixson and Elmore**
3900 One Atlantic Center
1201 West Peachtree Street, NW
Atlanta, GA 30309-3417

Michael D. Hausfeld
Paul T. Gallagher
**Cohen, Milstein, Hausfeld & Toll, P.L.L.C.**
1100 New York Avenue, N.W.; West Tower, Suite 500
Washington, D.C. 20005-3964

Jon P. Ferguson
**Ferguson & Bean**
568 Erickson Ave., NE
Bainbridge Island, WA 98110

John A. McCauley
**Venable Baetjer and Howard, LLP**
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201
**Counsel for GEIS**

Jon Hogue
**Hogue & Lannis**
3400 Gulf Tower
Pittsburgh, PA 15219
**Counsel for MSA**

Robert Slobig
**Torshen Spreyer Garmisa & Slobig, Ltd.**
10 West Adams St., Suite 3200
Chicago, IL 60603
**Counsel for A.C. Nielsen**

Jonathan S. Aaron
**LASON Corporate Counsel**
1305 Stephenson Highway
Troy, MI 48083

Joseph A. Kresse
**Covington & Burling**
1201 Pennsylvania Ave NW
Washington, D.C. 20004
**Counsel for The Tobacco Institute, Inc.**

Richard T. Bernardo
**Skadden Arps, et al.**
Four Times Square
New York, NY 10036
**Counsel for UST**

Gerry Alexis
**Corporate Counsel for Western Union
n/k/a First Data**
6200 South Quebec St.
Englewood, CO 80111

James A. Goold, Esq.
**Covington & Burling**
1201 Pennsylvania Ave NW
Washington, D.C. 20004
**Counsel for Tobacco Merchants Association**

Harry Zirlin, Esq.
**Debevoise & Plimpton**
875 Third Ave.
New York, NY 10022
**Counsel for Council for Tobacco Research**

Julia Symon de Kluiver
Clifford Chance Rogers & Wells
2001 K. Street NW
Washington DC 20006
**Counsel for Liggett Group, Inc.**


**CHITWOOD & HARLEY, LLP**

_____
Craig G. Harley
Georgia Bar No. 326813
1230 Peachtree St. NE
2300 Promenade II
Atlanta, GA 30309
(404) 873-3900
(404) 876-4476 (fax)