Original

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 10 2004

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: CIGARETTE PRICE-FIXING LITIGATION and related cases | |
| Holiday Wholesale Grocery Co., et al., | MDL Docket No.: 1342 |
| Plaintiffs, | Civil Action No.: 1:00-cv-0447-JOF |
| v. | |
| Philip Morris Inc., et al., | |
| Defendants. | |

### N O T I C E

This action having been concluded, by authority of Hon. J. Owen Forrester, United States District Judge, counsel for the parties are hereby informed that sealed documents and/or exhibits filed or introduced in this litigation may be retrieved by the filing or introducing party on or before May 21, 2004. Any documents not retrieved by said date shall be unsealed and placed in the public domain or, in the case of exhibits introduced at a hearing, destroyed. You may call 404-215-1670 to arrange for pick up of sealed documents and/or exhibits.

By direction of the Court, this 10th day of May, 2004.

LUTHER D. THOMAS
Clerk of Court

By: _____
Jerry W. Evans
Deputy Clerk

279